UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT and HARLENE HOROWITZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*<br><br>      Defendants. | ECF CASE<br>09 CV 7312 (PAC) (THK)<br><br>NOTICE OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT<br><br><u>ORAL ARGUMENT REQUESTED</u> |

  PLEASE TAKE NOTICE that upon the annexed Declaration of Michael B. Carlinsky, dated January 22, 2010, and exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, in Courtroom 20C at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be scheduled by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Class Action Complaint with prejudice and granting such other relief as the Court may deem just and proper.

  PLEASE TAKE FURTHER NOTICE, that, pursuant to Rule 6.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and the schedule set by the Court at the conference held on January 5, 2010, answering papers, if any, must be served on the undersigned

on or before February 23, 2010 and reply papers, if any, must be served on or before March 8, 2010.

DATED:   New York, New York
         January 22, 2010

                                                QUINN EMANUEL URQUHART OLIVER &
                                                   HEDGES, LLP

By:      /s/ Michael B. Carlinsky
         Michael B. Carlinsky (Bar No. MC-6594)
         Jane M. Byrne (Bar No. JB-6748)

51 Madison Avenue, 22nd Floor, New York,
New York  10010-1601
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
janebyrne@quinnemanuel.com

*Attorneys for Defendants*