UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED U.S. DC
OCT 27 2010
S.D. OF N.Y.

| | |
|---|---|
| ROBERT and HARLENE HOROWITZ, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL INSURANCE COMPANY OF CALIFORNIA, INC., AIU HOLDINGS, INC. (NOW KNOWN AS CHARTIS INC.), CHARTIS INC., AIG PRIVATE CLIENT GROUP, AIU HOLDINGS LLC (ALSO KNOWN AS CHARTIS INTERNATIONAL, LLC), AIG PROPERTY CASUALTY GROUP, INC. (NOW KNOWN AS CHARTIS INC.), and JOHN DOES 1-49,<br><br>                Defendants. | Case No. 09 Civ. 7312 (PAC) (THK)<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Robert and Harlene Horowitz, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on October 1, 2010 [Dkt. No. 33] dismissing Plaintiffs' claims for the reasons described in the Memorandum Opinion & Order entered on September 30, 2010 [Dkt. No. 32].

    In accordance with Local Rule 83.8, Plaintiffs identify below the remaining parties to the judgment and their counsel. The Defendants are American International Group, Inc., American International Insurance Company of California, Inc., AIU Holdings, Inc. (now known as Chartis Inc.), Chartis Inc., AIG Private Client Group, AIU Holdings LLC (also known as Chartis International, LLC), and AIG Property Casualty Group Inc. (now known as Chartis Inc.)

(collectively "Defendants"). The names and addresses of the Defendants' attorneys are as follows:

> Michael Barry Carlinsky
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue
> New York, NY 10010
>
> Charles J. Rocco
> Malcolm James Reilly
> Clausen Miller, P.C.,
> One Chase Manhattan Plaza
> New York, NY 10005

Dated: October 28, 2010

**MILBERG LLP**

_____
Brad N. Friedman
Jennifer L. Young
Joshua E. Keller
One Pennsylvania Plaza
48th Floor
New York, NY  10119-0165
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229
E-mail:         bfriedman@milberg.com
                   jyoung@milberg.com
                   jkeller@milberg.com

*Attorneys for Plaintiffs*